W. Kirk Moore #244764
Law Offices of W. Kirk Moore
586 N. First St. Ste. 202
San Jose, CA 95112
408-998-1846

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

Alfred Edward Silverstein,

        Debtor

) Case No.: 14-54252 SLJ
) Chapter 13
)
) Waiver of Right to Claim
) [CCP ¶703.140(a)(2)]
)

    We, Alfred Edward Silverstein and Edward Joseph Yaeger, hereby waive the right to claim in any proceeding during the period this case is pending, the exemptions provided by the applicable exemption provision of the California Code of Civil Procedure, Title 9, Division 2, Chapter 4, other than those under CCP §703.140(b).

Dated: 9/15/14          /s/ Alfred Edward Silverstein
                                      Alfred Edward Silverstein
                                      Debtor

Dated: 9/15/14          /s/ Edward Joseph Yaeger
                                      Edward Joseph Yaeger
                                      Non-Filing Spouse