DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

ALFRED EDWARD SILVERSTEIN

Debtor(s)

Chapter 13
Case No. 14-54252 SLJ

TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

Continued 341 Meeting: Date: DECEMBER 19, 2014 @ 10:30 AM
Initial Confirmation Date: DECEMBER 18, 2014
Initial Confirmation Time: 10:00 AM
Place: 280 S. 1st Street Room 3099
    San Jose, CA
Judge: Stephen L. Johnson

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 100% Plan for the following reasons:

1. The Plan is in violation of 11 U.S.C. § 1322(d) as the term is 62 months and the maximum term allowed under the Code is sixty (60) months from the date the first plan payment is due.

2. The Trustee is unable to determine whether 1322(b)(5) is met. The debtor has failed to list the ongoing monthly mortgage payment for Plaza Home Mtg/dovenmu (sic) in Section 4 of the Plan. An Amended Plan must be filed and served on the affected creditor.

3. The Trustee is unable to determine whether 1322(b)(5) is met. The debtor has failed to list the ongoing monthly mortgage payment for Pyramid Real Estate in Section 4 of the Plan. An Amended Plan must be filed and served on the affected creditor.

4. Pursuant to the debtor's declaration provided he receives $1,850.00 per month in real income which has been omitted from Schedule I. The debtor must amend Schedule I accordingly. Because of this inconsistency, the Trustee cannot determine whether the plan is feasible under 11 U.S.C. § 1325(a)(6).

5. The debtor is not pledging all of her projected disposable income to pay unsecured creditors as required by 11 U.S.C. § 1325(b)(1)(B). Pursuant to the debtor's declaration provided he receives $1,850.00 per month in real income which has been omitted from the Statement of Current Monthly Income. The debtor must amend the Statement of Current Monthly Income.

6. The Trustee is unable to determine whether the liquidation test in 1325(a)(4) is met. Pursuant to the debtor's 2013 Federal tax return provided it appears the debtor will receive a refund of $12,997. The Trustee requests the debtor file an amended Schedule B to list said refund and any refund expected from the Franchise Tax Board.

7. The Trustee is unable to determine if 11 U.S.C. § 1325(a)(4) is met until the debtor has resolved the Trustee's Objection to Claim if Exemptions.

8. The debtor has failed to appear and/or submit to examination under oath at the Meeting of Creditors under 11 U.S.C. § 341(a). Without conducting this examination, the Trustee is unable to adequately investigate the debtor's financial affairs as she is required to do pursuant to 11 U.S.C. § 1302(b)(1) (incorporating 11 U.S.C. § 704(a)(4)). In addition, until the debtor is examined by the Trustee, she is unable to recommend confirmation of

Trustee's Obj to Confirmation – 14-54252 ASJ

Case: 14-54252    Doc# 16    Filed: 12/04/14    Entered: 12/04/14 13:53:40    Page 2 of 4

the debtor's plan. The Trustee requests that the debtor appear at a rescheduled meeting of creditors.

9. The debtor has failed to provide the Trustee with either or both 1) a government photo identification, or 2) proof of social security number. See 11 U.S.C. § 521(h). Without being able to establish the identity of the debtor, the Trustee is unable to adequately investigate the financial affairs of the debtor or recommend confirmation. The Trustee requests that the debtor provide her with verification of both identity and social security number.

Dated: December 3, 2014 /S/ Devin Derham-Burk

_____

Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave., Bldg. C-100, Los Gatos, CA 95032. I served the within Objection to Confirmation, by placing same in an envelope in the U.S. Mail at Los Gatos, California on December 4, 2014. Said envelopes were addressed as follows:

| ALFRED EDWARD SILVERSTEIN | LAW OFFICES OF W KIRK MOORE |
| 151 CALDERON AVE #93 | 586 N FIRST ST #202 |
| MOUNTAIN VIEW CA 94041 | SAN JOSE CA 95112 |

/S/ Clotilde Costa
Office of Devin Derham-Burk, Trustee

Trustee's Obj to Confirmation – 14-54252 ASJ