W. Kirk Moore, Esq. SBN 244764
586 N. First St. Ste. 202
San Jose, CA 95112
408-998-1846
408-583-4063 (fax)

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

Alfred Edward Silverstein,

        Debtor(s)

Case No.: 14-54252 SLJ
Chapter 13

Declaration of Alfred Edward Silverstein

I, Alfred Edward Silverstein, hereby declare the following:

1. I am the debtor in the forgoing bankruptcy case. If called to testify, I could and would competently testify to the following:
2. At the time of filing, I claimed as exempt $1,000.00 in cash on hand and $6,827.00 in a checking account.
3. I am employed by Perzo and make $15,000.00 gross per month from this job.
4. I am paid semi-monthly by my employer.
5. My net income per pay period is $5,198.76 and thus within the 30 days prior to filing there was $10,397.52 deposited into my checking account from my employment income.
6. Therefore the $1,000.00 in cash on hand and $6,827.00 in a checking account came from my employment income over the last 30 days.
7. Also within the 30 days prior to filing, I deposited a total of $2,000.00 into my account. This money was gifts from family.

1

I declare that these statements are true and correct under penalty of perjury under the laws of the United States.

Executed at San Jose, California

Dated: 2/10/15                         /s/ Alfred Edward Silverstein
                                       Alfred Edward Silverstein

Case: 14-54252    Doc# 31    Filed: 03/17/15    Entered: 03/17/15 07:36:29    Page 2 of 2