W. Kirk Moore, Esq. SBN 244764
586 N. First St. Ste. 202
San Jose, CA 95112
408-998-1846
408-583-4063 (fax)

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Alfred Edward Silverstein,<br><br>        Debtor(s) | Case No.: 14-54252 SLJ<br>Chapter 13<br><br>Declaration of Alfred Edward Silverstein |

I, Alfred Edward Silverstein, hereby declare the following:

1. I am the debtor in the forgoing bankruptcy case. If called to testify, I could and would competently testify to the following:
2. I have provided and filed all the necessary documents and schedules so that the case can be confirmed.
3. Currently the only remaining objection is by the Chapter 13 Trustee for default of the Chapter 13 plan payments in the amount of $940.00.
4. I scheduled an electronic payment through TFS on June 11, 2015 for $940.00 and I expect it to post within 5 days of that withdrawal.
5. Once this payment posts then my default will be cured and the case can be confirmed.
6. The reason for this default was that my plan payments have adjusted multiple times since many creditors have filed amended claims that required my plan payment to change. Thus I was unsure of the exact amount to pay until the end of June when I schedule the payment to cure the default.

7. I have acted in good faith and diligence in working to get this case confirmed, and I do not believe the case should be dismissed for unreasonable delay.

8. I request the court not dismiss my case and then confirm my case as the default will be cured within days.

I declare that these statements are true and correct under penalty of perjury under the laws of the United States.

Executed at San Jose, California

Dated: June 15, 2015 /s/ Alfred Edward Silverstein
Alfred Edward Silverstein