W. Kirk Moore, Esq. SBN 244764
586 N. First St. Ste. 202
San Jose, CA 95112
408-998-1846
408-583-4063 (fax)

Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No: 14-54252 SLJ13
                                          ) Chapter 13
Alfred Edward Silverstein,                )
            Debtor(s)                     ) Notice of Change of Address of Debtor(s)
                                          )
_____   )

NOTICE IS HEREBY GIVEN that the Debtor's new address is as follows:

**1600 Villa Street Unit 109**
**Mountain View, Ca. 94041**

Dated February 12, 2016

                                                                  /s/ W. Kirk Moore
                                                                  W. Kirk Moore

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF Santa Clara,**
     I am a resident of the County aforesaid; I am over the age of 18 and not a party to the within case. My business address is 586 N. First Street, #202, San Jose, CA 95112. On February 12, 2016, I electronically filed this Notice of Debtor's Change of Address and it was electronically served to the following parties: **Devin Derham-Burk, Chapter 13 Trustee and the United States Trustee, San Jose, California.**

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                           Dated this February 12, 2016

                                                 /s/ Michelle Bedal
                                                   Michelle Bedal