W. Kirk Moore, Esq. SBN 244764
Law Offices of W. Kirk Moore, Inc.
586 N. First Street, Suite 202
San Jose, CA 95112
(408) 998-1846 telephone
(408) 583-4063 fax

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

In re:

**Alfred Edward Silverstein,**

        Debtor(s)

Case No.: **14-54252 SLJ**

Notice of Conversion of Chapter 13 Case to Chapter 7 Case
[11 U.S.C. §1307(a)]

1. Alfred Edward Silverstein, debtor(s) herein, hereby convert this chapter 13 case to a chapter 7 case.

2. Debtor(s) have not converted this case under section 1112, 1208, or 1307 of Title 11 of the United States Code.

Dated this 10/19/2018

/s/ Alfred Edward Silverstein
Alfred Edward Silverstein

Dated this 10/19/2018

/s/ W. Kirk Moore
W. Kirk Moore
Attorney for Debtor