In re   **Alfred Edward Silverstein**                                                 ,    Case No.   **14-54252**
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

    2    continuation sheets attached

In re **Alfred Edward Silverstein**, Case No. **14-54252**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Attorney General<br>U.S. Dept. of Justice<br>P.O. Box 683, Ben Franklin Station<br>Washington, DC 20044 | | - | Notice Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Comptroller of Maryland<br>Revenue Administration Division<br>Taxpayer Service Section<br>110 CARROLL ST<br>Annapolis, MD 21411 | | - | 2012<br><br>2012 Income Taxes | | | | 577.00 | 0.00 | 577.00 |
| Account No.<br><br>Connecticut Attorney General<br>55 Elm Street<br>Hartford, CT 06106 | | - | Notice Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Internal Revenue Service<br>Centralized Insolvency Division<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | - | 2012<br><br>Income Taxes | | | | 5,190.00 | 0.00 | 5,190.00 |
| Account No. xxx-xx-7720<br><br>Internal Revenue Service<br>Centralized Insolvency Division<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | - | Income Taxes | | | | 26,022.00 | 0.00 | 26,022.00 |

Sheet **1** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 31,789.00 | 0.00 | 31,789.00

B6E (Official Form 6E) (4/13) - Cont.

In re  **Alfred Edward Silverstein**,   Case No. **14-54252**
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Maryland Attorney General**<br>**200 St. Paul Place**<br>**Baltimore, MD 21202** | | - | Notice Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>**State of Connecticut**<br>**Department of Revenue Services**<br>**25 Sigourney Street**<br>**Hartford, CT 06106** | | - | Notice Only | | | | 2,107.00 | 0.00 | 2,107.00 |
| Account No.<br>**U.S. Attorney**<br>**Northern District of California**<br>**10th Floor, Federal Building**<br>**Box 10502, 450 Golden Gate Ave.**<br>**San Francisco, CA 94102** | | - | Notice Only | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)   2,107.00   0.00   2,107.00
Total (Report on Summary of Schedules)   33,896.00   0.00   33,896.00

Case: 14-54252  Doc# 82  Filed: 10/23/18  Entered: 10/23/18 16:49:29  Page 3 of 8
Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Alfred Edward Silverstein**, Case No. **14-54252**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0001<br><br>**Aes/goal Financial**<br>**Pob 2461**<br>**Harrisburg, PA 17101** | | - | Opened 9/01/05 Last Active 7/10/14<br><br>Educational | | | | 4,824.00 |
| Account No. xxxxxxxxxxxx1153<br><br>**American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | - | Opened 1/01/10 Last Active 4/16/14<br><br>Credit Card | | | | 18,460.00 |
| Account No. x-xx-xx-xx8857<br><br>**American Express Centurion Bank**<br>**c/o Zwicker & Associates, P.C.**<br>**1320 Willow Pass Rd. #730**<br>**Concord, CA 94520** | | - | Lawsuit | | | | 0.00 |
| Account No.<br><br>**American Express Centurion Bank**<br>**4315 South 2700 West**<br>**Mail Code: 02-01-47**<br>**Salt Lake City, UT 84184** | | - | Notice Only | | | | 0.00 |

__3__ continuation sheets attached

Subtotal (Total of this page) **23,284.00**

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com       S/N:38189-181017   Best Case Bankruptcy

In re **Alfred Edward Silverstein**, Case No. **14-54252**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**BillMeLater/Paypal Credit**<br>**PO Box 5138**<br>**Timonium, MD 21094** | | - | **Accounts Due** | | | | 3,500.00 |
| Account No. **xxxxxxxxxxxx4683**<br>**Bk Of Amer**<br>**Po Box 982235**<br>**El Paso, TX 79998** | | - | **Opened 1/01/10 Last Active 7/15/14**<br>**Credit Card** | | | | 26,917.00 |
| Account No. **xxxxxxxxxxxx5856**<br>**Capital 1 Bank**<br>**Attn: General Correspondence**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | - | **Opened 7/01/09 Last Active 7/14/14**<br>**Credit Card** | | | | 41.00 |
| Account No. **xxxxxxxxxxxx3010**<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | - | **Opened 9/01/11 Last Active 7/09/14**<br>**Credit Card** | | | | 19,662.00 |
| Account No. **xxxxxxxxxxxx4767**<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | - | **Opened 8/01/08 Last Active 7/14/14**<br>**Credit Card** | | | | 13,011.00 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **63,131.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Alfred Edward Silverstein**, Case No. **14-54252**
　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx5310** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | - | | **Opened 8/01/05 Last Active 7/15/14** <br><br> **Credit Card** | | | | 3,968.00 |
| Account No. **xxxx6220** <br><br> **Citibank Na** <br> **Citicard Credit Services/Centralized Ban** <br> **Po Box 20363** <br> **Kansas City, MO 64195** | - | | **Opened 3/01/12 Last Active 7/11/14** <br><br> **Check Credit Or Line Of Credit** | | | | 2,953.00 |
| Account No. **xxxxxxxxxxxx2757** <br><br> **Citibank Sd, Na** <br> **Attn: Centralized Bankruptcy** <br> **Po Box 20363** <br> **Kansas City, MO 64195** | - | | **Opened 10/01/05 Last Active 8/03/14** <br><br> **Credit Card** | | | | 9,763.00 |
| Account No. **xxxxxx8751** <br><br> **Citibankna** <br> **Po Box 769006** <br> **San Antonio, TX 78245** | - | | **Opened 3/01/12 Last Active 7/03/14** <br><br> **Unsecured** | | | | 5,827.00 |
| Account No. <br><br> **Comcast Cable** <br> **Credit Management LP** <br> **P.O. Box 118288** <br> **Carrollton, TX 75011** | - | | **Accounts Due** | | | | 2,230.00 |

Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　**24,741.00**

In re **Alfred Edward Silverstein**, Case No. **14-54252**
                                       Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx6820**<br>**Dsnb Macys**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | - | **Opened 11/01/06  Last Active  8/02/14**<br>**Charge Account** | | | | **635.00** |
| Account No. **xxxxxxxxxxx9178**<br>**GECRB/Care Credit**<br>**Attn: bankruptcy**<br>**Po Box 103104**<br>**Roswell, GA 30076** | | - | **Opened 10/01/08  Last Active  7/17/14**<br>**Charge Account** | | | | **2,199.00** |
| Account No. **xxxxxx4226**<br>**Glelsi/goal Financial**<br>**2401 International**<br>**Madison, WI 53704** | | - | **Opened  9/01/05  Last Active  9/06/11**<br>**Educational** | | | | **0.00** |
| Account No.<br>**Judith Gerst**<br>**22 Deerfield Rd.**<br>**Katonah, NY 10536** | | - | **Accounts Due** | | | | **50,000.00** |
| Account No. **xxx2028**<br>**Shell Oil / Citibank**<br>**Attn: Centralized  Bankruptcy**<br>**Po Box 20363**<br>**Kansas City, MO 64195** | | - | **Opened  7/01/10  Last Active  8/08/14**<br>**Credit Card** | | | | **600.00** |

Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                     Subtotal
(Total of this page)    **53,434.00**

                                                     Total
(Report on Summary of Schedules)    **164,590.00**

# United States Bankruptcy Court
## Northern District of California

In re  **Alfred Edward Silverstein**  
Debtor(s)

Case No. **14-54252**  
Chapter **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing schedules E & F consisting of __7__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  10/22/2018

Signature  **/s/ Alfred Edward Silverstein**  
**Alfred Edward Silverstein**  
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.