W. Kirk Moore, Esq. SBN 244764
586 N. First St. Ste. 202
San Jose, CA 95112
408-998-1846
408-583-4063 (fax)

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

Alfred Edward Silverstein,

      Debtor(s)

Case No.: 14-54252 SLJ7
Chapter 7

Declaration of Alfred Edward Silverstein

I, Alfred Edward Silverstein, hereby declare the following:

1. I am currently unemployed.

2. I currently receive approximately $1,818.60 from unemployment each month.

3. My average gross unemployment over the last six (6) months was $909.30 per month.

I declare that these statements are true and correct under penalty of perjury under the laws of the United States.

Executed at   New York , New York
Dated:  11/5/2018                  /s/Alfred Edward Silverstein
                                                         Alfred Edward Silverstein